1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOSE MARIA MEDINA FRANCO
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No. 1:24-mj-00028-SAB

12           Plaintiff,               **STIPULATION TO CONTINUE
                                      DETENTION HEARING; ORDER**
13  vs.
                                      Date:   March 15, 2024
14  JOSE MARIA MEDINA FRANCO,         Time:   2:00 p.m.
                                      Judge:  Hon. Stanley A. Boone
15           Defendant.

16

17      IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

19  Federal Defender Laura Myers, counsel for Jose Maria Medina Franco, that the Court may

20  continue the detention hearing currently scheduled for March 13, 2024, to March 15, 2024, at

21  2:00 p.m.

22      Mr. Medina made his initial appearance on March 8, 2024, during which the Court set a

23  detention hearing for March 13, 2024. Mr. Medina has requested that counsel be present for his

24  pre-trial interview, and defense counsel is not available to do so until Thursday, March 14.

25  Accordingly, the parties request that the Court continue the detention hearing until March 15,

26  2024, at 2:00 p.m. The requested date is within the five-day limit prescribed in 18 U.S.C.

27  § 3142(f).

28      **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 12, 2024            */s/ Antonio Pataca*
                                ANTONIO PATACA
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 12, 2024            */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE MARIA MEDINA FRANCO

# **O R D E R**

**IT IS SO ORDERED.** The detention hearing currently scheduled for March 13, 2024, at 2:00 p.m. is hereby continued to March 15, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **March 12, 2024**

UNITED STATES MAGISTRATE JUDGE